## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Misty Williams, et al.

                    Plaintiff,

v.                                      Case No.: 1:22−cv−03397
                                          Honorable Sharon Johnson Coleman

AON PLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 26, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone motion hearing held on 7/26/2022. Because service on defendant has not been executed, the Court enters and continues plaintiffs' motions to reassign and consolidate the cases [4],[5],[8] and motion for appoint interim co−lead counsel and liaison counsel [9] to 8/8/2022 at 10:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.