# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISTY WILLIAMS, as an individual and on behalf of all others similarly situated,<br><br>v.<br><br>AON PLC | )<br>)<br>)<br>) Case No. 1:22-cv-03397<br>) Honorable Sharon Johnson Coleman<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1(A)(i), Plaintiff Misty Williams hereby dismiss without prejudice all claims against Aon PLC.

Dated:  August 11, 2022               Respectfully submitted,


                                      */s/ Gary M. Klinger*
                                      Gary M. Klinger
                                      **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
                                      227 W. Monroe Street, Suite 2100
                                      Chicago, Illinois 60606
                                      Tel.: 866.252.0878
                                      gklinger@milberg.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 11th day of August 2022, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                                   */s/ Gary Klinger*
                                                   Gary M. Klinger